IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| LEAF FUNDING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:06-CV-177 |
| | ) | |
| ALLEN R. FOSTER, M.D., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This civil action is before the court on the report and recommendation filed by United States Magistrate Judge C. Clifford Shirley on April 30, 2007, [doc. 19]. There have been no timely objections to the report and recommendation, and enough time has passed since its filing to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

The court has reviewed this matter and agrees with the magistrate judge's recommendation that plaintiff be awarded attorney's fees in connection with the filing of its motion to compel post judgment discovery [doc. 15]. The court therefore **ACCEPTS** the report and recommendation.

Plaintiff has already submitted its "Application for Awarding Attorney's Fees" [doc. 21]. The court has reviewed the application and finds it to be well documented and reasonable. Therefore, plaintiff's application is **GRANTED**.

It is, therefore, **ORDERED** that plaintiff is awarded attorney's fees in the total amount of $1,018.50.

**IT IS SO ORDERED**.

ENTER:

        s/ Leon Jordan        
United States District Judge